People v Butts (2024 NY Slip Op 03566)

BODY {
font-family : "Times New Roman", Times, serif;
font-size : larger;
}

P {
line-height: 150%;
text-indent: 2em
}

People v Butts

2024 NY Slip Op 03566

Decided on July 3, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 3, 2024

112910
[*1]The People of the State of New York, Respondent,
vJalil A. Butts, Also Known as J-Dot, Appellant.

Before:Clark, J.P., Lynch, Reynolds Fitzgerald, Ceresia and Powers, JJ., concur. 


Motion to vacate order.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is
ORDERED that the motion is granted, the memorandum and order decided and entered April 4, 2024 (226 AD3d 1089 [2024]) is vacated, and the following memorandum and order is substituted therefor.